# Pro Se Verification Form

Case Number: _15-35654_

Date Filed: _____

ID Picture Tampered With:      YES   -or-   (NO) 

SSN Listed In Database Previously By Someone Else:      YES   -or-   (NO)

**Mail-In Case – No Photo ID Required:**  ☐

Insert Picture Below



RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 20 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - CM